`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

THOMAS, ARLEEN NMN                              Case No. 07-30833


Debtor(s)


**MOTION TO TRANSFER BALANCE TO REGISTRY FUND**

  Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $431.53.

  The sum of $431.53 is from funds that were returned to the trustee by Kimball, Tirey & St. John LLP the check was never cashed.

  Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 431.53 constituted by the following

| | |
|---|---|
| Kimball, Tirey & St. John LLP | $ 431.53 |
| Total | $ 431.53 |


/s/ Norman E. Rouse
Norman E. Rouse, Trustee